**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFERY G. BAIREY, SB# 162812
E-Mail: nevis@lbbslaw.com
ALISON YEW, SB# 173158
E-Mail : yew@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
HILLANDALE FARMS OF IOWA INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| NUCAL FOOODS, INC., a California cooperative,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY EGG LCC, an Iowa Limited Liability Company; WRIGHT COUNTY EGG, an Iowa company; and HILLANDALE FARMS OF IOWA, INC.,<br>Defendants. | CASE NO. 2:10-CV-03105-FCD-KJM<br><br>Case Assigned to:<br>Honorable Frank C. Damrell, Jr.<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT**<br><br>ACTION FILED: November 18, 2010<br>TRIAL DATE:     None Set |

Plaintiff NuCal Foods, Inc. ("NuCal") and Defendant Hillandale Farms of Iowa, Inc. ("Hillandale"), by and through their counsel, hereby stipulate and jointly agree to the following:

1. NuCal hereby withdraws its Motion for Entry of Default (Document No. 11) and requests the Court to set aside its December 21, 2010 Entry of Default against Hillandale (Document No. 12) as provided by Rule 55(c) of the Federal Rules of Civil Procedure.

2. Hillandale hereby waives formal service of process upon it as provided by Rule 4(d) of the Federal Rules of Civil Procedure.

3. Hillandale shall answer or otherwise respond to NuCal's Complaint in this

1 matter within thirty (30) days after the Court's approval of this Stipulation and entry of an
2 order setting aside the December 21, 2010 Entry of Default against Hillandale.
3      4.     The Court may approve this Stipulation and enter the foregoing as per the
4 terms of the accompanying Proposed Order.
5      It is so stipulated.

7 DATED: January ___, 2011          KASOWITZ BENSON TORRES & FRIEDMAN LLP

                                    By:_____/S/_____
                                         William M. Goodman
                                         Attorneys for Plaintiff
                                         NUCAL FOODS, INC.

13 DATED:  January ___, 2011         LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By:_____/S/_____
                                         Jeffery G. Bairey
                                         Alison Yew
                                         Attorneys for Defendant
                                         HILLANDALE FARMS OF IOWA, INC.

## **ORDER**

       Based upon the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

       1.     The aforesaid Stipulation is approved by the Court.
       2.     NuCal's Motion for Entry of Default (Document No. 11) is hereby deemed to be withdrawn.
       3.     The Court's December 21, 2010 Entry of Default against Hillandale (Doc. No. 12) is hereby set aside in conformity with Rule 55(c) of the Federal Rules of Civil Procedure.

1    4.   Hillandale shall answer or otherwise respond to NuCal's Complaint
2 within thirty (30) days of the date of entry of this Order upon the Court's docket.

4    IT IS SO ORDERED.

6 Dated: January 12, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO SET ASIDE DEFAULT- 2:10-CV-03105