IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NUCAL FOODS, INC.,

        Plaintiff,                              No. CIV S-10-3105 KJM-CKD

    vs.

QUALITY EGG LLC; et al.,                ORDER

        Defendants.

_____/

        Plaintiff filed its amended complaint in the above-captioned matter on January 30, 2012, against eight defendants: Quality Egg LLC, DeCoster Revocable Trust, Austin "Jack" DeCoster, DeCoster Enterprises LLC ("DeCoster Enterprises"), Environ/Wright County Inc., Hillandale Farms of Iowa, Inc., Hillandale Iowa LLC ("Hillandale LLC") and Hillandale Farms of PA, Inc. (ECF 61.) In its complaint, plaintiff invokes the court's diversity jurisdiction. (Am. Compl. ¶ 22.) However, plaintiff does not allege the citizenship of the owners of DeCoster Enterprises and Hillandale LLC. Rather, plaintiff alleges only that DeCoster Enterprises is a Delaware limited liability company controlled or managed by the DeCoster Revocable Trust and generally that "[t]he DeCoster Defendants shared common ownership, managers, and interests." (*Id.* ¶¶ 29, 34.) Moreover, with regard to Hillandale LLC, plaintiff alleges only that it is an Iowa limited liability company. (*Id.* ¶ 38.) "For purposes of diversity jurisdiction . . . a limited

1

1  liability corporation is a citizen of all of the states of which its owners/members are citizens. . . .
2  [T]he citizenship of all members of limited liability corporations [must] be alleged." *Lindley*
3  *Contours, LLC v. AABB Fitness Holdings, Inc.*, 414 Fed. Appx. 62, 64 (9th Cir. Feb. 8, 2011).
4        Plaintiff is hereby ordered to show cause, within seven (7) days of the entry of
5  this order, why this action should not be dismissed for lack of diversity jurisdiction.
6        IT IS SO ORDERED.
7  DATED: July 18, 2012.

                                                  UNITED STATES DISTRICT JUDGE