KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
WILLIAM M. GOODMAN (SBN 61305)
WGoodman@kasowitz.com
JASON S. TAKENOUCHI (SBN 234835)
JTakenouchi@kasowitz.com
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiff NUCAL FOODS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUCAL FOODS, INC., a California cooperative,<br><br>            Plaintiff,<br><br>     v.<br><br>QUALITY EGG LLC, an Iowa limited liability company; DECOSTER REVOCABLE TRUST, an Iowa revocable trust; AUSTIN "JACK" DECOSTER, an Iowa resident; DECOSTER ENTERPRISES LLC, a Delaware limited liability company; ENVIRON/WRIGHT COUNTY INC., an Iowa corporation; HILLANDALE FARMS OF IOWA, INC., an Iowa corporation; HILLANDALE IOWA LLC, an Iowa limited liability company; HILLANDALE FARMS OF PA, INC., a Pennsylvania corporation,<br><br>            Defendants. | Case No.: 2:10-Cv-03105-KJM-CKD<br><br>**PLAINTIFF NUCAL FOODS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL QUALITY EGG LLC TO SUBMIT TO DEPOSITION ON ALL TOPICS IN NUCAL'S THIRD AMENDED NOTICE OF DEPOSITION AND FOR SANCTIONS**<br><br><br>Hearing:   April 3, 2013<br>Time:       10:00 a.m.<br>Judge:      Hon. Carolyn K. Delaney<br>Room:      Courtroom 24, 8th Floor |

PLTF'S NOTICE OF MOTION AND MOTION TO COMPEL QUALITY EGG DEPOSITION
CASE NO.: 2:10-CV-03105-KJM-CKD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff NuCal Foods, Inc. ("NuCal") intends to and does hereby move the Court for an order compelling defendant Quality Egg LLC ("Quality Egg") to submit to a deposition under Rule 30(b)(6) of the Federal Rules of Civil Procedure on each and every topic contained in NuCal's Third Amended Notice of Deposition at a date on or before April 10, 2013.  NuCal also intends to and does hereby move the Court for an order sanctioning Quality Egg for its obstructive conduct in consistently refusing to provide a Rule 30(b)(6) witness prepared to testify as to the subject matters in the other parties' deposition notices, including but not limited to Quality Egg's refusal and failure to produce witnesses prepared to testify as to all of the topics in the parties' deposition notices at the rescheduled and noticed depositions on March 5 and March 6.  Defendants Hillandale Farms of Iowa, Inc., Hillandale Iowa LLC, and Hillandale Farms of PA, Inc. join in Plaintiff NuCal's motions.

This Motion will come on for hearing before Judge Carolyn K. Delaney in Courtroom 24, 8th Floor, in the United States District Court, Eastern District, 501 "I" Street, Sacramento, California, 95814, on April 3, 2013, at 10 a.m. or at such earlier or different time as the Court may order.

This Motion is based on Local Rule 251, Rule 37 of the Federal Rules of Civil Procedure, the inherent powers of the Court, the Joint Statement of the parties to be submitted before the hearing, and any further briefs or oral argument before the Court.

DATED:  March 8, 2013

By:    /s/  Jason S. Takenouchi

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
Jason S. Takenouchi (SBN 234835)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Attorneys for Plaintiff NUCAL FOODS INC.

By: /s/ Steven B. Toeniskoetter

FAEGRE BAKER DANIELS LLP
Sarah L. Brew, admitted pro hac vice
Steven B. Toeniskoetter, SB# 248115
Kristin R. Eads, admitted pro hac vice
90 South Seventh Street, Suite 2200
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Sarah.Brew@faegrebd.com
Steve.Toeniskoetter@faegrebd.com
Kristin.Eads@faegrebd.com

Attorneys for the Hillandale Defendants