IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUCAL FOODS, INC., | |
|     Plaintiffs, | No. CIV S-10-3105 KJM CKD |
|   v. | |
| QUALITY EGG LLC, et al., | ORDER AND ORDER TO SHOW CAUSE |
|     Defendants. | |

This case was on calendar on March 14, 2013 for a further status conference. William Goodman and Jason Takenouchi appeared for plaintiff Nucal Foods, Inc. (Nucal); Troy McMahan and James Mink appeared for Quality Egg LLC (Quality Egg); and Sarah Brew and Alison Yew appeared for defendants Hillandale Iowa LLC and Hillandale Farms of PA, Inc. (collectively Hillandale defendants).

On May 16, 2012, this court issued a scheduling order, setting September 21, 2012 as the discovery cut-off and December 27, 2012, as the expert discovery cut-off, among other things. ECF No. 136. On October 5, 2012, the court set the case for further status, noting that at the status conference it would set a schedule for the balance of the case. ECF No. 167.

/////

1  Even though the discovery deadline has passed, the parties have attempted to
2  schedule the depositions of Gary Bartness and Patsy Larson.  Quality Egg has designated
3  Ms. Larson as the Rule 30(b)(6) deponent for three categories in Nucal's deposition notice and
4  one category in the Hillandale defendants' deposition notice.  Quality Egg represents that a
5  current criminal investigation has complicated the task of finding a 30(b)(6) deponent who will
6  not assert his or her Fifth Amendment privilege not to testify, while the Hillandale defendants
7  contend that Mr. Bartness's health has complicated the scheduling of his deposition.  Both are
8  available for deposition before May 10, 2013.  The Hillandale defendants also would like to
9  notice the depositions of Jack and Peter DeCoster.

10  Based on the discussion with counsel at the status, and good cause appearing, the
11  court sets a modified partial schedule for the next two months of the case.

12  Finally, the parties agreed to file a stipulation by March 15, removing a motion to
13  compel from Magistrate Judge Delaney's April 3 calendar.  As of the date this order is being
14  signed, they have not filed the stipulation.

15  IT IS THEREFORE ORDERED:

16  1.   The parties' depositions of Gary Bartness and of Patsy Larson as to the
17  four categories identified by Quality Egg, must be completed before May 10, 2013; any dispute
18  arising from the taking of these depositions shall be set before the Magistrate Judge, in time to be
19  resolved by May 10, 2013.

20  2.   The case is set for a settlement conference before the Honorable Edmund
21  F. Brennan on May 2, 2013 at 10:00 a.m.; the parties are directed to submit confidential
22  settlement conference statements to Judge Brennan's chambers seven (7) days prior to the
23  settlement conference.  Such statements are neither to be filed with the clerk nor served on
24  opposing counsel.  However, each party shall e-file a one page document entitled Notice of
25  Submission of Confidential Settlement Conference Statement.  The parties may agree, or not, to
26  serve each other with the settlement statements.  Each party is reminded of the requirement that

2

it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. *See* Local Rule 270.

3. The case is set for further status conference on May 16 at 2:30 p.m.

4. The parties' joint status report is due no later than seven days before the status conference and should address the following topics:

    a. the status of the criminal investigation;

    b. dates for expert discovery cutoff, dispositive motions and trial, anticipating a trial date of early 2014;

    c. the propriety of deposing Jack and Peter DeCoster in light of the fact that their depositions were not noticed before the September 21, 2012 cut-off date;

    d. Nucal's obligation, if any, to answer outstanding interrogatories served by Hillandale the day before the September 21, 2012 discovery cut-off; and

    e. the propriety of Quality Egg's offering Patsy Larson as a Rule 30(b)(6) deponent on fewer than all the categories for which information is sought in Nucal's 30(b)(6) notice.

5. The trial date of May 13, 2013 is hereby vacated.

6. The parties are ordered to show cause within seven days of the date of this order why they should not be sanctioned in the amount of $500 each for failing to timely file the stipulation removing the motion to compel from Judge Delaney's calendar.

DATED: March 19, 2013.

_____
UNITED STATES DISTRICT JUDGE

3