1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JEFFREY G. BAIREY, SB# 111271
2  JOHN A. TOAL, SB# 194041
   333 Bush Street, Suite 1100
3  San Francisco, CA 94104-2872
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882
   bairey@lbbslaw.com
5  toal@lbbslaw.com

6  **FAEGRE BAKER DANIELS LLP**
   SARAH L. BREW, admitted *pro hac vice*
7  STEVEN B. TOENISKOETTER, SB# 248115
   KRISTIN R. EADS, admitted *pro hac vice*
8  90 South Seventh Street, Suite 2200
   Minneapolis, MN  55402-3901
9  Telephone: (612) 766-7000
   Facsimile: (612) 766-1600
10 Sarah.Brew@faegrebd.com
   Steve.Toeniskoetter@faegrebd.com
11 Kristin.Eads@faegrebd.com

12 Attorneys for the Hillandale Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NUCAL FOODS, INC., a California cooperative,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY EGG LLC, an Iowa limited liability company; HILLANDALE FARMS OF IOWA, INC., an Iowa corporation; HILLANDALE IOWA LLC, an Iowa limited liability company; and HILLANDALE FARMS OF PA, INC., a Pennsylvania corporation,<br><br>Defendants. | CASE NO. 2:10-cv-03105-KJM-CKD<br><br>Case Assigned to:<br>Honorable Kimberly J. Mueller<br><br>**DEFENDANT HILLANDALE FARMS OF IOWA, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL QUALITY EGG LLC TO SUBMIT TO DEPOSITION ON TOPICS 6 AND 7(H) IN HILLANDALE'S THIRD AMENDED NOTICE OF DEPOSITION, PRODUCE DOCUMENTS, AND FOR SANCTIONS**<br><br>Hearing: June 5, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Carolyn K. Delaney<br>Room: Courtroom 24, 8th Floor |

## NOTICE OF MOTION AND MOTION

**TO:** TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Defendants Hillandale Farms of Iowa, Inc. intends to and does hereby move the Court for an order compelling defendant Quality Egg LLC ("Quality Egg") to submit to a deposition under Rule 30(b)(6) of the Federal Rules of Civil Procedure on Topics 6 and 7(h) contained in Hillandale's Third Amended Notice of Deposition at a date before June 13, 2013, to adequately prepare a witness for that deposition, and to produce any records for which the deponent would rely on to prepare to testify on these topics.

Hillandale also intends to and does hereby move the Court for an order sanctioning Quality Egg for its conduct at its Rule 30(b)(6) deposition on April 23, 2013, including failing to produce a witness adequately prepared to answer questions related to Topics 6 and 7(h).

This Motion will come on for hearing before Judge Carolyn K. Delaney in Courtroom 24, 8th Floor, in the United States District Court, Eastern District, 501 "I" Street, Sacramento, California, 95814, on June 5, 2013, at 10 a.m. or at such earlier or different time as the Court may order.

This Motion is based on Local Rule 251, Rule 37 of the Federal Rules of Civil Procedure, the inherent powers of the Court, the Joint Statement of the parties to be submitted before the hearing, and any further briefs or oral argument before the Court.

Dated: May 15, 2013                    **FAEGRE BAKER DANIELS LLP**

　　　　　　　　　　　　　　　　　　　　　/s/ Steven B. Toeniskoetter
　　　　　　　　　　　　　　　　　　　　Sarah L. Brew, admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　　　Steven B. Toeniskoetter, SB # 248115
　　　　　　　　　　　　　　　　　　　　Kristin R. Eads, admitted *pro hac vice*
　　　　　　　　　　　　　　　　　　　　90 South Seventh Street, Suite 2200
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402-3901
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 766-7000
　　　　　　　　　　　　　　　　　　　　Facsimile: (612) 766-1600

| | |
|---|---|
| 1 | sarah.brew@FaegreBD.com |
| 2 | steve.toeniskoetter@FaegreBD.com |
|   | kristin.eads@FaegreBD.com |

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jeffrey G. Bairey, SB# 111271
John A. Toal, SB# 194041
333 Bush Street, Suite 1100
San Francisco, CA 94104-2872
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
bairey@lbbslaw.com
toal@lbbslaw.com

*Attorneys for Defendant*
*Hillandale Farms of Iowa, Inc.*

52065947

---

DEFENDANT HILLANDALE FARMS OF IOWA, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL QUALITY EGG LLC TO SUBMIT TO DEPOSITION ON TOPICS 6 AND 7(H) IN HILLANDALE'S THIRD AMENDED NOTICE OF DEPOSITION, PRODUCE DOCUMENTS, AND FOR SANCTIONS