UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUCAL FOODS, INC., | No. 2:10-cv-3105 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| QUALITY EGG LLC, et al., | |
| Defendants. | |

Plaintiff and defendant Hillandale Farms have each noticed a motion to compel for hearing on June 5, 2013. Under the order filed March 19, 2013 (ECF No. 198), discovery was reopened for a very limited purpose and any discovery disputes arising out of the limited discovery were to be resolved no later than May 10, 2013. No other discovery was allowed other than the limited discovery described in the March 19, 2013 order. Absent a further modification of the scheduling order, no discovery motions may be set for hearing before the magistrate judge.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of June 5, 2013 is vacated.

2. The motions to compel (ECF Nos. 205, 206) are denied without prejudice.

Dated: May 17, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 nucal3105.vac

1