**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY G. BAIREY, SB# 111271
JOHN A. TOAL, SB# 194041
333 Bush Street, Suite 1100
San Francisco, CA 94104-2872
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
bairey@lbbslaw.com
toal@lbbslaw.com

**FAEGRE BAKER DANIELS LLP**
SARAH L. BREW, admitted *pro hac vice*
STEVEN B. TOENISKOETTER, SB# 248115
KRISTIN R. EADS, admitted *pro hac vice*
90 South Seventh Street, Suite 2200
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Sarah.Brew@faegrebd.com
Steve.Toeniskoetter@faegrebd.com
Kristin.Eads@faegrebd.com

Attorneys for the Hillandale Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NUCAL FOODS, INC., a California cooperative,<br><br>                  Plaintiff,<br><br>          v.<br><br>QUALITY EGG LLC, an Iowa limited liability company; HILLANDALE FARMS OF IOWA, INC., an Iowa corporation; HILLANDALE IOWA LLC, an Iowa limited liability company; and HILLANDALE FARMS OF PA, INC., a Pennsylvania corporation,<br><br>                  Defendants. | CASE NO. 2:10-cv-03105-KJM-CKD<br><br>**DEFENDANTS HILLANDALE FARMS OF IOWA, INC.'S, HILLANDALE IOWA LLC'S, AND HILLANDALE FARMS OF PA, INC.'S NOTICE OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Settlement Conference: May 30, 2013<br>Time: 10:00 a.m.<br>Judge:   Hon. Edmund F. Brennan<br>Room:   Courtroom 8 |

HILLANDALE ENTITIES' NOTICE OF CONFIDENTIAL SETTLEMENT STATEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON May 23, 2013, Defendants Hillandale Farms of Iowa, Inc., Hillandale Iowa LLC, and Hillandale Farms of PA, Inc. submitted their consolidated Confidential Settlement Conference Statement to the chambers of Magistrate Judge Edmund F. Brennan for the May 30, 2013 Settlement Conference.

Dated:  May 23, 2013

**FAEGRE BAKER DANIELS LLP**

 /s/ Steven B. Toeniskoetter
Sarah L. Brew, admitted *pro hac vice*
Steven B. Toeniskoetter, SB # 248115
Kristin R. Eads, admitted *pro hac vice*
90 South Seventh Street, Suite 2200
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
sarah.brew@FaegreBD.com
steve.toeniskoetter@FaegreBD.com
kristin.eads@FaegreBD.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Jeffrey G. Bairey, SB# 111271
John A. Toal, SB# 194041
333 Bush Street, Suite 1100
San Francisco, CA 94104-2872
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
bairey@lbbslaw.com
toal@lbbslaw.com

*Attorneys for Defendant*
*Hillandale Farms of Iowa, Inc.*

dms.us.52147360.01

HILLANDALE ENTITIES' NOTICE OF CONFIDENTIAL SETTLEMENT STATEMENT