1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  NUCAL FOODS, INC.,

11          Plaintiff,                          No.  2:10-cv-3105-KJM-CKD

12          vs.

13  QUALITY EGG LLC, et al.,

14          Defendants.                         <u>ORDER</u>

15  _____/

16          The above-captioned case came before the undersigned for a Settlement Conference on

17  May 30, 2013, with continuing telephone conferences thereafter.  Progress towards settlement

18  has been made and the court has determined that a further settlement conference is necessary,

19  with counsel, parties and principals present.

20          Accordingly, it is ORDERED that:

21          1.  This case is set for a further settlement conference before the undersigned on July 11,

22  2013 at 9:30 a.m. at the U. S. District Court, 501 I Street, Sacramento, CA 95814 in Courtroom

23  No. 8.

24          2.  Each party is directed to have their principals capable of disposition personally

25  appear at the Settlement Conference.

26  ////

1

3.  In addition, the court directs that the following parties and/or principals personally attend:

   a.  John Glessner, on behalf of defendant Quality Egg;

   b.  Jack DeCoster, on behalf of defendant Quality Egg;

   c.  Orland Bethel, on behalf of the Hillandale Farms defendants;

   d.  Aris Paul from Traveler's Insurance; and

   e.  David McIntosh from Zurich Insurance.

4.  The insureds shall serve a copy of this order on Traveler's and Zurich.

DATED:   June 6, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2