IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NUCAL FOODS, INC.,

      Plaintiff,　　　　　　　　　　No.  2:10-cv-3105-KJM-CKD

    vs.

QUALITY EGG LLC, et al.,　　　　　　　ORDER RE SETTLEMENT & DISPOSITION

      Defendants.
_____/

      Pursuant to the representations of counsel for all parties at a further Settlement Conference conducted in Chambers on July 11, 2013, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.

      All hearing dates set in this matter, including the July 12, 2013 hearings before the District Judge on the parties' motions for reconsideration, are **VACATED.**

////

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4      IT IS SO ORDERED.

5  DATED: July 11, 2013.

6                  EDMUND F. BRENNAN
                 UNITED STATES MAGISTRATE JUDGE