# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NUCAL FOODS, INC., a California cooperative,<br><br>  Plaintiff,<br><br>  v.<br><br>QUALITY EGG LLC, an Iowa limited liability company; HILLANDALE FARMS OF IOWA, INC., an Iowa corporation; HILLANDALE IOWA LLC, an Iowa limited liability company; and HILLANDALE FARMS OF PA, INC., a Pennsylvania corporation,<br><br>  Defendants. | CASE NO. 2:10-cv-03105-KJM-CKD<br><br>Case Assigned to:<br>Honorable Kimberly J. Mueller<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

The parties to this action have jointly requested an extension of the deadline, set at the July 11, 2013 settlement conference, for the parties to file dispositional documents regarding resolution of the instant litigation. Specifically, the parties have requested that the deadline be moved from September 9, 2013 to September 23, 2013. Good cause appearing, the Court hereby EXTENDS the deadline for the parties to file dispositional documents regarding resolution of the instant litigation to September 23, 2013.

SO ORDERED

Dated: September 9, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE